# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ATTEBURY GRAIN, LLC, a limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> GRAYN COMPANY, a corporation; VICENTE CORTEZ, an individual, <br><br> Defendants. | Case No. 2:15-cv-05258 R(PJWx) <br><br> **JUDGMENT** |

The Motion of Plaintiff Attebury Grain, LLC ("Attebury"), for Summary Judgment or, in the Alternative, Partial Summary Judgment (the "Motion"), came on regularly for hearing before this Court on April 18, 2016, the Honorable Manuel L. Real, United States District Judge, presiding. The Court, having considered the Motion and all evidence submitted in support thereof and opposition thereto, as well as the argument of counsel, granted the Motion. On April __, 2016, the Court issued a written order granting summary judgment to Attebury on all claims.

Judgment is hereby entered in favor of Plaintiff Attebury and against Defendants Vicente Cortez and Grayn Company, jointly and severally, in the amount of $825,706.95, plus prejudgment interest at the rate of 7% per annum on its

calculable damages of $825,706.95 (which produces a daily rate of $158.35) from February 14, 2013 (the date Plaintiff's damages became calculable), until Judgment is entered in the above-captioned matter.[1]

Plaintiff Attebury is also entitled to post-judgment interest at the rate of 0.54%, the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week commencing April 18, 2016, as well as its costs of suit. Plaintiff Attebury is directed to submit a bill of costs.

IT IS SO ORDERED AND ADJUDGED.

Dated:   May 3, 2016

_____
THE HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

---

[1] As of April 25, 2016, the prejudgment interest since February 14, 2013, is $184,636.10 (1166 days x $158.35). When the prejudgment interest through April 25, 2016, is combined with the judgment amount, it sums to $1,010,343.05.